THE STATE EX REL. YOUGHIOGHENY & OHIO COAL COMPANY, APPELLEE,
v. INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. Youghiogheny & Ohio Coal Co.
v. Indus. Comm.* (1992), 64 Ohio St.3d 262.]

(No. 91–777—Submitted July 8, 1992—Decided July 29, 1992.)

*Hanlon, Duff & Paleudis Co., L.P.A.,* and *Gerald P. Duff,* for appellee.

*Lee I. Fisher,* Attorney General, and *Gerald H. Waterman,* for appellants.

The decision of the court of appeals is vacated and the cause is remanded to that court for further proceedings consistent with our opinion in *Columbus &*

*Southern Ohio Elec. Co. v. Indus. Comm.* (1992), 64 Ohio St.3d 119, 592 N.E.2d 1367.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.